UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN LACOST,

    Plaintiff,

v.

MOD - MASTERS OF DETECTION
SECURITY SERVICES INC., et al.,

    Defendants.

_____/

Case No. 1:23-cv-475

HON. JANE M. BECKERING

## ORDER

This is a civil action. Plaintiff filed a Motion for Default Judgment (ECF No. 8). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 13) on November 13, 2023, recommending that the motion be granted in part and denied in part, with default judgment in favor of Plaintiff and against Defendants in the amount of $75,389.56. The Report and Recommendation was duly served. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 13) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Default Judgment (ECF No. 8) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.

Dated: December 4, 2023             /s/ Jane M. Beckering
                                                                  JANE M. BECKERING
                                                                  United States District Judge